758

[ DAVENPORT v. HALL ]

Elisabeth Davenport Relict & Adm$^x$ to the Estate of the late Capt$^n$ Nathaniel Davenport dec$^d$ plaint. ag$^t$ Richard Hall (part Owner and late Merchant of the Ship Nevis Facto$^r$) Def$^t$ in an action of debt of two hundred and Fourteen pounds w$^{ch}$ the s$^d$ Hall tooke up & borrowed of the s$^d$ Nathaniel Davenport upon the bottom of s$^d$ Ship; which should have been paid at Jamaica in currant mony of s$^d$ place, as may appeare by two writeings or Obligations under the hand of s$^d$ Hall having reference one to the other with all due damages according to attachm$^t$ Dat$^d$ Aug$^o$ 24$^o$ 1676. . . . The Jury . . . found for the plaint. two hundred & Fourteen pounds mony according to bond & costs of Court twenty nine Shillings eight pence.

Execucion issued. 5$^o$ Feb$^{ry}$ 1676.